No. 97–168. BELL v. NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–169. KRAVANDER v. LOH ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 97–171. DECARO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–173. HEBERLIG v. SOBINA, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–175. GIANNETTI v. DEOCK. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–176. BORLAND v. EMERSON ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 97–177. ADAMS ET AL. v. CITY OF JERSEY CITY. C. A. 3d Cir. Certiorari denied.

No. 97–178. FAIRECHILD v. UNITED AIRLINES, INC., ET AL. Sup. Ct. Haw. Certiorari denied.

No. 97–181. FAFARMAN v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–182. BELL, T/A WES OUTDOOR ADVERTISING CO. v. NEW JERSEY DEPARTMENT OF TRANSPORTATION (two judgments). Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–183. WHITE ET AL. v. DOWNS ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–184. WADE v. CITY OF INGLEWOOD. C. A. 9th Cir. Certiorari denied.

No. 97–187. NELSON v. MCCLATCHY NEWSPAPERS, INC., ET AL. Sup. Ct. Wash. Certiorari denied.

No. 97–190. DOUBLE R INC., DBA DOUBLE R VENDING, INC., ET AL. v. LEARY. C. A. 11th Cir. Certiorari denied.